﻿Citation Nr: AXXXXXXXX
Decision Date: 03/31/21 Archive Date: 03/31/21

DOCKET NO. 200429-80554
DATE: March 31, 2021

REMANDED

The propriety of the reduction in the disability rating for depressive disorder from 50 percent to 10 percent effective January 1, 2020. 

 

REASONS FOR REMAND

The Veteran served on active duty from January 2002 to March 2003.

The case is on appeal from a January 2020 rating decision.

The Veteran submitted a notice of disagreement (NOD) in April 2020 and elected direct review by a Veterans Law Judge under the Appeals Modernization Act (AMA). Accordingly, the Board’s current review is limited to the evidence of record at the time of the Agency of Original Jurisdiction’s (AOJ’s) January 2020 rating decision.

The propriety of the reduction in the disability rating for depressive disorder from 50 percent to 10 percent effective January 1, 2020. 

The claim is remanded to correct a duty to assist error that occurred prior to the January 2020 rating decision on appeal. The AOJ scheduled the Veteran for a VA examination to assess the severity of her service-connected depressive disorder. The claims file reflects that the Veteran failed to report for the examination in September 2019. In this regard, a September 2019 a “Report of General Information” reflects that the Veteran called to notify VA that she did not report for her examination due to transportation difficulties and symptoms of a back surgery that took place two weeks earlier. At that time, she requested that the examination be rescheduled. However, there is no indication that the AOJ attempted to reschedule the examination prior to issuing the rating decision on appeal. Further, the Veteran has reported good cause for failure to report to the examination. Therefore, the claim must be remanded to correct this duty to assist error to reschedule the Veteran for a VA examination.

The Board also notes that, in the October 2019 rating decision that proposed the reduction, it was stated that that the rating had been in effect for fewer than 5 years. However, the 10 percent rating was in effect for nearly 8 years. Thus, the provisions of 38 C.F.R. § 3.344(a) instead of 3.344(c) would have applied.

The matters are REMANDED for the following action:

Afford the Veteran a VA examination to assess the severity of her service-connected depressive disorder, including to determine whether there has been sufficient improvement under 38 C.F.R. § 3.344(a) so as to warrant a reduction in the disability rating.

The AOJ should ensure that the Veteran is provided with adequate notice of the date and place of all scheduled examinations. A copy of all notifications, including the address where the notice was sent, must be associated with the record if the Veteran fails to report for any examination. The Veteran is to be advised that failure to report for a scheduled VA examination without good cause may have adverse effects on her claim.

 

 

RYAN T. KESSEL

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board E. Gray, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.